# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2013

## NO. 03-11-00593-CV

**Isela Moreno and Latief Bowser, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE ROSE

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's order. **IT IS THEREFORE** ordered that the order of the trial court is in all things affirmed. It is **FURTHER** appearing that the appellants are indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.